449 F.2d 1304
 UNITED STATES of America, Plaintiff-Appellee,
v.
Clayton Marvin BROWN, Defendant-Appellant.
 No. 71-2336 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 9, 1971.
 
 Wesley R. Asinof, Atlanta, Ga., for defendant-appellant.
 John W. Stokes, Jr., U. S. Atty., Anthony M. Arnold, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM.
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966